# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARRELL MICHAEL SMITH

NO. 2025 KW 0807

OCTOBER 23, 2025

---

In Re: Darrell Michael Smith, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 297865.

---

BEFORE: **THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED.** See this court's previous action in **State v. Smith**, 2020-0528 (La. App. 1st Cir. 8/3/20), 2020 WL 4435818 (unpublished), writ denied, 2020-01304 (La. 12/22/20), 307 So.3d 1040, wherein relator sought supervisory review of the district court's denial of his earlier motion to correct an illegal sentence wherein he presented a similar claim for relief.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT